LANIER *v.* MONROE GUANO COMPANY. LANIER *v.* WAYNE.

ATKINSON, J. These cases, upon their facts, are controlled by the decision this day rendered in the case of *Lanier* v. *Nunnally,* ante, 358. and hence the judgments therein are ·

*Affirmed. All the Justices concur.*

Argued April 18,—Decided May 16, 1907.

Petition for injunction. Before Judge Brand. Walton superior court. December 21, 1906.

*Lewis C. Russell,* for plaintiff.